IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UMIA INSURANCE, INC.,<br><br>   Plaintiff,<br><br>vs.<br><br>DR. TYLER J. HURST,<br><br>   Defendant. | CV 25-94-M-KLD<br><br>ORDER OF RECUSAL |

I hereby recuse myself from this matter on the ground that I was previously a partner at the law firm of Garlington, Lohn, and Robinson. Accordingly, I ask that this case be reassigned.

DATED this 23rd day of June, 2025.

Kathleen L. DeSoto
United States Magistrate Judge